**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Music Getaways LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Evolution Music Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-3448586** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **31280 Oak Crest Drive, Suite 2**<br>**Westlake Village, CA 91361**<br>Number, Street, City, State & ZIP Code | **5737 Kanan Rd. #685**<br>**Agoura Hills, CA 91301**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Ventura**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Music Getaways LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**7.**    **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

———

---

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Music Getaways LLC**_____    Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____
          Contact name    _____
          Phone    _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Music Getaways LLC**                                                    Case number *(if known)*
Name

- ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Music Getaways LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **04/06/2023**
                    MM / DD / YYYY

X _____          **Warren D. Hill**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

| 18. Signature of attorney | X _____          Date  04/06/2023 |
|---|---|
| | Signature of attorney for debtor          MM / DD / YYYY |

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 271-6223**          Email address    **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name | Music Getaways LLC

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24 Capital 20200 W. Dixie Hwy Suite 908 Miami, FL 33180 | | Debtor's assets | | $432,746.50 | Unknown | $432,746.50 |
| Alternative Funding Group Corp 1000 NW 65th Street, Suite 100 Fort Lauderdale, FL 33309 | | Debtor's assets. Judgment obtained on March 31, 2023. | | $594,656.00 | Unknown | $594,656.00 |
| Bank of American Business Advantage PO Box 982238 El Paso, TX 79998-2238 | | Business mastercard | | | | $33,000.00 |
| Cabinet Grove Consulting 2159 N. Banbury Court Lehi, UT 84043 | | Consultation fee | | | | $15,000.00 |
| California Department of Tax and Fee Administration P O Box 942879 Sacramento, CA 94279 | | Taxes | | | | Unknown |
| Castro Investments LLC 1586 W Shaw Avenue, Suite A Fresno, CA 93711 | | Debtor's assets | | $500,000.00 | Unknown | $500,000.00 |

| Debtor | **Music Getaways LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Disturbing Tha Peace Touring, Inc. c/o United Talent Agency 9336 Civic Center Drive Beverly Hills, CA 90210 | | Unpaid cancellation fees for artist Ludacris. | | | | $175,000.00 |
| iHeart Media 3400 W. Olive Ave #550 Burbank, CA 91505 | | Advertising | | | | $17,000.00 |
| Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | Unknown |
| La Tanya Leonard Law Offices of Todd M. Friedman, PC c/o Todd M. Friedman, Esq. 21031 Ventura Blvd., Ste. 340 Woodland Hills, CA 91364 | | Class action lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| Millenial Services 3338 Marquette Trail Michigan City, IN 46360 | | Call center services | | | | $40,000.00 |
| Pearl Beta Funding, LLC c/o Jay Klein, Esq. 112 W. 34th Street, 18th Flr. PMB 27816 New York, NY 10120 | | Debtor's assets | | $314,895.00 | Unknown | $314,895.00 |
| Royal Properties LLC c/o The Johnston Group Attn: Jeff Johnston, President 5142 Clareton Drive, Suite 240 Agoura Hills, CA 91301 | | Delinquent rent | | | | $40,000.00 |
| Scott Pang 5557 Franrivers Ave Woodland Hills, CA 91367 | | Booking agent commissions | | | | $20,000.00 |

Debtor   **Music Getaways LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Signature Entertainment 5727 Topanga Canyon, Ste 3 Woodland Hills, CA 91367** | | **Booking agent commissions** | | | | **$45,000.00** |
| **Wolters Kluwer Lien Solutions PO Box 29071 Glendale, CA 91209-9071** | | **Debtor's assets** | | **Unknown** | **Unknown** | **Unknown** |
| **Wynwood Capital Group 20200 W Dixie Highway Miami, FL 33180** | | **Bridge loan** | | **Unknown** | **Unknown** | **$326,624.00** |

## United States Bankruptcy Court
### Central District of California

In re  **Music Getaways LLC** _____    Case No. _____

_____    Chapter  __11__

Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Warren Dixon Hill**<br>**5737 Kanan Road, #433**<br>**Agoura Hills, CA 91301** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Warren Dixon Hill, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  ___**04/06/2023**_____    Signature _____

**Warren D. Hill**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Westlake Village** , California.

Date:   **04/06/2023**

_Warren D. Hill_
**Warren D. Hill**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Music Getaways LLC** _____   Case No. _____

                                            Debtor.               Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

         For legal services, I have agreed to accept A RETAINER OF _____   $      **30,000.00**

         Prior to the filing of this statement I have received A RETAINER OF _____   $      **30,000.00**

         Balance Due _____   $      **0.00**

2.   The source of the compensation paid to me was:

     ☑ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/06/2023
_____
Date

**Michael Jay Berger**
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223  Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**michael.berger@bankruptcypower.com** | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Music Getaways LLC**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____**04/06/2023**_____

*[signature]*
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____*04/06/2023*_____

*[signature]*
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Music Getaways LLC
5737 Kanan Rd. #685
Agoura Hills, CA 91301


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


24 Capital
20200 W. Dixie Hwy Suite 908
Miami, FL 33180


ALT Funding
c/o Weinstein & Weinstein, LLP
Attn: Israel D. Weinstein, Esq.
499 Chestnut St., Ste. 213
Cedarhurst, NY 11516


Alternative Funding Group Corp
1000 NW 65th Street, Suite 100
Fort Lauderdale, FL 33309


American Anhydrous Corporation
2049 Century Park E, Ste 3150
Los Angeles, CA 90067


Bank of American Business Advantage
PO Box 982238
El Paso, TX 79998-2238


Cabinet Grove Consulting
2159 N. Banbury Court
Lehi, UT 84043

California Department of Tax and
Fee Administration
P O Box 942879
Sacramento, CA 94279


Castro Investments LLC
1586 W Shaw Avenue, Suite A
Fresno, CA 93711


Collis Properties LLP
31280 Oak Crest Drive, Suite 3
Westlake Village, CA 91361


Collis Properties LLP
5737 Kanan Rd., #685
Agoura Hills, CA 91301


Disturbing Tha Peace Touring, Inc.
c/o United Talent Agency
9336 Civic Center Drive
Beverly Hills, CA 90210


Evolution Music Inc.
5737 Kanan Rd, #685
Agoura Hills, CA 91301


Evolution Music, Inc.
5737 Kanan Road, #433 and 685
Agoura Hills, CA 91301


Evolution Music, Inc.
31280 Oak Crest Drive, Ste 3
Westlake Village, CA 91361

iHeart Media
3400 W. Olive Ave #550
Burbank, CA 91505


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


La Tanya Leonard
Law Offices of Todd M. Friedman, PC
c/o Todd M. Friedman, Esq.
21031 Ventura Blvd., Ste. 340
Woodland Hills, CA 91364


Millenial Services
3338 Marquette Trail
Michigan City, IN 46360


Pearl Beta Funding, LLC
c/o Jay Klein, Esq.
112 W. 34th Street, 18th Flr.
PMB 27816
New York, NY 10120


PopJazz, LLC
31280 Oak Crest Drive, Suite 3
Westlake Village, CA 91361


Royal Properties LLC
c/o The Johnston Group
Attn: Jeff Johnston, President
5142 Clareton Drive, Suite 240
Agoura Hills, CA 91301


Scott Pang
5557 Franrivers Ave
Woodland Hills, CA 91367

Signature Entertainment
5727 Topanga Canyon, Ste 3
Woodland Hills, CA 91367


Songbird Entertainment, Inc.
4712 Admiralty Way, #652
Marina Del Rey, CA 90292


Tamera R. Hill
5737 Kanan Road, #433
Agoura Hills, CA 91301


Triton Recovery
Attn: Cynthia Kolb
19790 W Dixie Hwy, Suite 301
Miami, FL 33180


Warren Dixon Hill
5737 Kanan Road, #433
Agoura Hills, CA 91301


Warren Hill Getaways LLC
1837 Maple Leaf Drive
Windermere, FL 34786


Wolters Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Wynwood Capital
c/o Gilerman Law P.C.
Attn: Erica R. Gilerman, Esq.
515 Madison Ave, Ste. 8108
New York, NY 10022

Wynwood Capital Group
20200 W Dixie Highway
Miami, FL 33180

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**E-mail: Michael.Berger@bankruptcypower.com** | |

☑ *Attorney for: Music Getaways LLC*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Music Getaways LLC**<br><br><br><br>                Debtor. | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Warren D. Hill**                  , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                       **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.  ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests: **Warren D. Hill owns 100% of Debtor's equity interest.**

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**04/06/2023** _____        By: _Warren Hill_ _____

Date                                            Signature of Debtor, or attorney for Debtor

                                       Name:   **Warren D. Hill** _____

                                                  Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              **F 1007-4.CORP.OWNERSHIP.STMT**